**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 95-3108**

───────────────

MELVIN ANDREW FIEL, SR.,

Plaintiff - Appellant,

versus

VIRGINIA EMPLOYMENT COMMISSION,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-94-796-R)

───────────────

Submitted:  May 16, 1996                    Decided:  May 28, 1996

───────────────

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Melvin Andrew Fiel, Sr., Appellant Pro Se.  Ronald Nicholas Regnery, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting Appellee's motion for summary judgment in his action filed under Title VII of the Civil Rights Act of 1964. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Fiel v. Virginia Employment Comm'n, No. CA-94-796-R (W.D. Va. Nov. 3, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2